UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE ANGELES VALDEZ-COLIMA,<br><br>Defendant. | No. 1:18cr158 DAD-BAM<br><br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. This matter was previously set for a status conference before U.S. Magistrate Judge Barbara A. McAuliffe on October 9, 2018, at 1 p.m.
2. Having reached an agreement, the parties agree to set the matter for a change of plea before the district court on the same day at 10 a.m.

////
////
////
////
////
////

1

IT IS SO STIPULATED.

DATED:     September 12, 2018.     Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ Karen A. Escobar
                                                    KAREN A. ESCOBAR
                                                    Assistant United States Attorney

DATED:     September 12, 2018.

                                                    /s/ Fredric Jon Gagliardini
                                                    FREDRIC JON GAGLIARDINI
                                                    Counsel for Felipe Angeles Valdez-Colima

# **O R D E R**

The court has reviewed and considered the stipulation of the parties to set this matter before the district court for a change of plea. Good cause appearing, the status conference as to Felipe Angeles Valdez-Colima currently set for October 9, 2018, before Magistrate Judge Barbara A. McAuliffe is VACATED and a change of plea hearing is set **October 10, 2018, at 10:00am before District Judge Dale A. Drozd.**

IT IS SO ORDERED.

Dated:  **September 13, 2018**                                 /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE