1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            No.  1:18cr158 DAD-BAM

12              Plaintiff,

13        v.                              STIPULATION AND ORDER

14   FELIPE ANGELES VALDEZ-COLIMA,

15              Defendant.

16

17        Plaintiff United States of America, by and through its counsel of record, and defendants,

18   by and through their counsel of record, hereby stipulate as follows:

19        1.    The parties previously agreed to set this matter for a change of plea before the

20              district court on the same day as its previously set status conference, but at 10 a.m.

21        2.    The Court then set the matter for October 10 due to its unavailability.

22        3.    Counsel for the defendant has a previously set state-court matter on October 10

23              and is unavailable at that time.

24        4.    The parties agree to continue this matter to October 15, 2018, at 10:00 a.m. and

25              has cleared this date with the deputy courtroom clerk.

26   ////

27   ////

28   ////

                                          1

1  IT IS SO STIPULATED.

2  DATED:        September 21, 2018.  Respectfully submitted,

3                                    McGREGOR W. SCOTT
4                                    United States Attorney

5                                    /s/ Karen A. Escobar
                                     KAREN A. ESCOBAR
6                                    Assistant United States Attorney

7

8  DATED:        September 21, 2018.

9                                    /s/ Fredric Jon Gagliardini
                                     FREDRIC JON GAGLIARDINI
10                                   Counsel for Felipe Angeles Valdez-Colima

11

12

13                              **O R D E R**

14        The court has reviewed and considered the stipulation of the parties to continue the

15  change of plea in this case. Good cause appearing, the change of plea hearing as to the above-

16  named defendant currently scheduled for **October 10, 2018**, is continued until

17  **October 15, 2018** , at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

18  IT IS SO ORDERED.

19     Dated:   **September 21, 2018**

20                                                UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                       2