**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
Felipe Angeles Valdez-Colima

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Felipe Angeles Valdez-Colima, <br><br> Defendant | Case No.: 18-CR-00158-DAD-BAM <br><br> **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY A. BOONE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Felipe Angeles Valdez-Colima by and through his attorney of record, David A. Torres hereby request that the status conference hearing currently set for Monday, December 10, 2018 be continued to Monday, January 14, 2019.

I was appointed to represent Mr. Colima on or about November 13, 2018. I have completed my review of the discovery and have discussed a potential disposition with AUSA Karen Escobar. I am in receipt of a plea agreement and will review with my client this weekend. Hence, I respectfully request a continuance of the status conference for approximately 30 days.

I have spoken to AUSA Karen Escobar, and she has no objection to continuing the status conference.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 12/6/18 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Felipe Angeles Valdez-Colima

DATED: 12/6/18 */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the Status Conference re New Appointed Counsel is continued from December 10, 2018 to January 14, 2019 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **December 6, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE