| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DAVID A. TORRES AND ASSOCIATES<br>David A. Torres, SBN135059<br>1318 K. Street<br>Bakersfield, CA 93301<br>Tel: (6610326-0857<br>Fax: (661)326-0936<br>Email: dtorres@lawtorres.com |
| 6 | Attorney for:<br>FELIPE VALDEZ-COLIMA |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE VALDEZ-COLIMA,<br><br>Defendants. | Case No. 1:18-CR-00158 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FELIPE VALDEZ-COLIMA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, April 22, 2019 be continued to Monday May 20, 2019.

On Friday, April 12, 2019, I commenced a vehicular manslaughter trial in the matter of *People v. Moroyoqui; BF169110A*, in the Kern County Superior Court in front of the Honorable John D. Oglesby. Trial is anticipated to last approximately two weeks. I have spoken AUSA Karen Escobar and she has no objection to continuing the sentencing hearing. Time is excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

1

DATED: April 17, 2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Felipe Angeles Valdez-Colima

DATED: April 17, 2019

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## **ORDER**

The sentencing hearing currently set for April 22, 2019 is continued to May 20, 2019 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **April 18, 2019**

UNITED STATES DISTRICT JUDGE